IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES

v.

JASON PROPER

No.: 21-cr-381-3

ORDER

AND NOW, this _____ day of _____ 20<u>21</u>, it is hereby

ORDERED that the application of <u>MICHAEL GRIECO</u>, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Action No# __21-cr-381-3__

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
### PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __MICHAEL GRIECO__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| FLORIDA | 4/1/00 | 255490 |
| New York | 8/24/04 | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| SDFL | 7/10/09 | n/a |
| NDFL | | n/a |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

(Applicant's Signature)

10/12/21
(Date)

Name of Applicant's Firm: Michael C. Grieco, P.A.
Address: 175 sw 7th street, #2410 Miami FL 33130
Telephone Number: 305.857.0034
Email Address: michael@griecolaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/12/21__
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of **Michael Grieco Esq** to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Ellen Brotman | [signature] | 1994 | 71775 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Brotman Law
One South Broad Street, Suite 1500
Philadelphia, PA 19107

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/12/2021                    [signature]
        (Date)                             (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : |
| JASON PROPER | : No.: |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _Michael Grieco_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows: to all parties, by ECF, to Defendant and attorney Grieco by Email.

_____
(Signature of Attorney)

Ellen Brotman
(Name of Attorney)

Michael Grieco
(Name of Moving Party)

10/12/2021
(Date)